OPINION — AG — ** SALARY — COUNTY OFFICERS ** A PERSON HOLDING A POSITION OF COUNTY PROBATION OFFICER, CREATED UNDER THE PROVISIONS OF 10 O.S. 116 [10-116] AND FOLLOWING, IS ENTITLED TO THE INCREASED OF SALARY PROVIDED FOR SUCH POSITION BY 10 O.S. 116 [10-116](C), EVEN THOUGH HE WAS APPOINTED TO SUCH POSITION PRIOR TO SAID 10TH DAY OF APRIL, 1953 (TERM OF OFFICE) CITE: ARTICLE XXIII, SECTION 10, 10 O.S. 116 [10-116] (JAMES C. HARKIN)